**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES JOINT BOARD HEALTH & WELFARE FUND; MIDWEST PENSION PLAN; and CHEMICAL & PRODUCTION WORKERS UNION, LOCAL 30, AFL-CIO<br><br>    Plaintiffs,<br>vs.<br><br>HYDRAULIC FITTINGS, INC. d/b/a HFI FLUID POWER PRODUCTS, a Wisconsin Corporation,<br><br>    Defendant. | CASE NO.: 18-CV-3466<br><br>JUDGE: PALLMEYER<br><br>MAGISTRATE JUDGE: WEISMAN |

**STIPULATED ORDER OF DISMISSAL
WITH THE COURT TO RETAIN JURISDICTION TO ENFORCE THE TERMS OF
THE PARTIES' SETTLEMENT AGREEMENT**

  NOW COME the Plaintiffs, the Central States Joint Board Health & Welfare Fund ("Welfare Fund"), Midwest Pension Plan ("Pension Plan"), and the Chemical & Production Workers Union, Local 30, AFL-CIO ("Local 30"), by and through their attorneys, Johnson & Krol, LLC, and the Defendant, Hydraulic Fittings, Inc. d/b/a HFI Fluid Power Products ("HFI"), by and through their attorneys, von Briesen & Roper, s.c., and hereby submit this Stipulated Order for Dismissal of this Lawsuit with the Court to Retain Jurisdiction to Enforce the Terms of the Parties' Settlement Agreement and stipulate as follows:

  WHEREAS, the Parties in this matter have reached a Settlement Agreement and the Parties stipulate to the dismissal of the above-captioned matter without prejudice, reserving jurisdiction in this Court to reinstate proceedings to enforce certain terms of the Settlement Agreement entered into by and between the Parties in March 2019 under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

1.  The Parties shall comply with the signed settlement agreement dated March 19, 2019. The Parties expressly waive their rights under Rule 65(d) of the Federal Rules of Civil Procedure to the extent Rule 65(d) requires this Order to be specific in terms or to describe

2.     in reasonable detail and without reference to the settlement agreement, the act or acts to be restrained.

2.     This above-captioned matter is hereby dismissed without prejudice.

3.     By consent of the parties, the Court shall retain jurisdiction over the Parties and hereby grants the Plaintiffs leave to reinstate the proceedings in the above-captioned matter to enforce the terms of the Settlement Agreement entered into by and between the Parties in March 2019, but not later than April 15, 2023. The parties are barred from relitigating any claims raised in this litigation or any claims released by means of the Settlement Agreement.

4.     Pursuant to the Settlement Agreement entered into by and between the Parties in March 2019, the Defendant is obligated to pay monthly installments to the Plaintiffs for a period of forty-eight (48) months, beginning April 15, 2019. Failure by the Defendant to comply with its payment obligation shall constitute a breach of the Settlement Agreement.

5.     In the event a motion to reinstate to enforce settlement is not filed on or before April 15, 2023, the dismissal without prejudice will automatically convert to a dismissal with prejudice and with each party to bear its own fees and costs, and the Court shall relinquish jurisdiction.

ENTERED:

_____
HONORABLE JUDGE PALLMEYER

Dated: March 20, 2019